IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00464-GCM

| ANAYELI FARFAN MEDINA, NC1 CONSTRUCTION INC., | |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| JULIAN AGUILAR CHACON, MARISELA CENICEROS GONZALEZ, CHACON CONSTRUCTION, LLC, | |
| Defendants. | |

**THIS MATTER** comes before the Court on its own motion. The Court has reviewed the docket in this matter and notes that an attorney has not entered an appearance to represent NC1 Construction, Inc. A corporation cannot represent itself pro se in a matter before this Court and may only proceed through licensed counsel. *Carrico v. Vill. of Sugar Mountain*, 114 F. Supp. 2d 422, 424 (W.D.N.C. 2000). Failure of a corporation to proceed through licensed counsel is grounds for dismissal. *Id.*

**IT IS THEREFORE ORDERED** that Plaintiff NC1 Construction Inc. must retain licensed counsel within thirty days of the entry of this order if it seeks to avoid dismissal from this case.

**SO ORDERED**.

Signed: April 20, 2021

Graham C. Mullen
United States District Judge