# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00464-GCM

| | |
|---|---|
| ANAYELI FARFAN MEDINA, <br> NC1 CONSTRUCTION INC, <br><br> **Plaintiffs,** <br><br> v. <br><br> JULIAN AGUILAR CHACON, <br> MARISELA CENICEROS GONZALEZ, CHACON CONSTRUCTION, LLC, <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. On April 20, 2021, the Court entered an order to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff Anayeli Farfan Medina did not satisfy the burden of showing cause by or before May 4, 2021, as ordered by the Court. Moreover, Plaintiff NC1 Construction, Inc., has never been represented by counsel, and it is well-established that a corporation cannot proceed pro se. For the reasons stated herein and in the Court's order to show cause (ECF Doc. 7),

**IT IS THEREFORE ORDERED** that this case should be dismissed without prejudice.

Signed: May 27, 2021

Graham C. Mullen
United States District Judge