# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Anayeli Farfan Medina<br>NC1 Construction Inc, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00464-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Julian Aguilar Chacon | ) | |
| Marisela Ceniceros Gonzalez | | |
| Chacon Construction, LLC, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 27, 2021 Order.

May 27, 2021

Frank G. Johns, Clerk
United States District Court